**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11627

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

RASHA TENALL PATTERSON,

*Defendant- Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 3:24-cr-00286-TES-JTA-2

_____

Before JORDAN, ABUDU, AND ANDERSON, Circuit Judges.

PER CURIAM:

Thomas Martele Goggans, appointed counsel for Rasha Patterson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to

2                        Opinion of the Court                        25-11627

*Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsels' motion to withdraw is **GRANTED**, and Patterson's convictions and sentences are **AFFIRMED**.